UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MERVIN SPENCER                                          CIVIL ACTION

VERSUS                                                  NO. 10-2831

ST. JOHN THE BAPTIST                                    SECTION "F"(3)
PARISH, LOUISIANA, ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous.

New Orleans, Louisiana, this 1ST day of FEB, 2011.

_____
UNITED STATES DISTRICT JUDGE